■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ECSON CAIMITE, Appellant. [761 NYS2d 491] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered April 5, 2001, convicting him of murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

It is unnecessary to reach the defendant's contention that the trial court erred in refusing to charge manslaughter in the first degree as a lesser-included offense of intentional murder since the defendant was acquitted of intentional murder, and convicted of depraved indifference murder (*see People v Hernandez,* 297 AD2d 389 [2002]; *People v Hamilton,* 291 AD2d 411, 412 [2002]; *People v Tate,* 275 AD2d 380 [2000]). In any event, the trial court properly refused to charge manslaughter in the first degree as a lesser-included offense since a reasonable view of the evidence did not support a finding that the defendant only intended to cause serious physical injury rather than death (*see* CPL 300.50 [1]; *People v Glover,* 57 NY2d 61 [1982]; *People v Wheeler,* 257 AD2d 673 [1999]). Prudenti, P.J., Ritter, Smith and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK CALDWELL, Appellant. [760 NYS2d 890] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 22, 1995 (*People v Caldwell,* 215 AD2d 681 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered January 25, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Santucci, Altman and Krausman, JJ., concur.